UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~

CAROL A. ELIAS,

                         Plaintiff,                    6:05-CV-0383
                                                                            (DNH)(DEP)

            v.

UTICA CITY COPS and huge corporations,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

CAROL A. ELIAS
Plaintiff, *pro se*

David N. Hurd
United States District Judge

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

JUN 0 7 2005

AT _____ O'CLOCK ____M
LAWRENCE K. BAERMAN, Clerk
UTICA

## DECISION and ORDER

By prior Order of this Court, *pro se* plaintiff Carol A. Elias was directed to file an amended complaint which states a cause of action against the named defendants upon which relief could be granted by this Court if she wished to avoid dismissal of this action. Dkt. No. 5 (the "May Order").[1] Plaintiff filed an amended complaint in response to that Order, which is before the Court for review. Dkt. No. 7.

Plaintiff's original pleading named the City of Utica, New York and "huge corporations" as the defendants in this action. As discussed in the May Order, Plaintiff did not include any dates in her complaint, nor did she allege claims of misconduct or wrongdoing by any individuals sufficient to state a claim upon which relief might be granted pursuant to 42 U.S.C. § 1983. See Dkt. No. 5 at 3-4.

---

[1] The Court granted plaintiff's *in forma pauperis* application. *Id.* at 4.

The allegations contained in plaintiff's amended complaint do not bear any apparent relationship to plaintiff's original claims.[2] By her amended complaint, plaintiff alleges that she is dissatisfied with the quality and selection of goods at "Targett's Department Store." Dkt. No. 7. Although the complaint also names Family Dollar Department Store as a defendant, there are no references to this entity in the body of the amended complaint.

As was the case with plaintiff's original pleading, even reading plaintiff's amended complaint liberally in light of her *pro se* status, plaintiff has failed to state a claim for the violation of her civil and/or constitutional rights upon which relief can be granted by this Court pursuant to 42 U.S.C. § 1983. This action is therefore dismissed.

WHEREFORE, it is hereby

ORDERED, that this action is dismissed, and it is further

ORDERED, that the Clerk serve a copy of this Decision and Order on plaintiff by regular mail.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 6, 2005
       Utica, New York.

---

[2] Defendant "Utica City Cops" are not named in the amended pleading. Dkt. No. 7.